UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

MISS JONES, LLC,  Civil Action No. 7:17-cv-01450-NSR

             Plaintiff,

–against -  NOTICE OF MOTION

KEITH STILES, MOY RLTY, LLC, VAN
HASSELT AUTO SERVICE,

             Defendants
-----------------------------------------------------------x

PLEASE TAKE NOTICE that defendant KEITH STILES hereby moves this court pursuant to Rule 56 of the Federal Rules of Civil Procedure for an order granting summary judgment in favor of defendant KEITH STILES and against Plaintiff, dismissing the claim for foreclosure of a certain mortgage on real property, and granting judgment pursuant to New York Real Property Actions and Proceedings Law directing the Clerk of Westchester County, New York to cancel the said mortgage of record, and granting such other and further relief as to the court may appear just and proper, with costs.

Dated: White Plains, New York
        February 5, 2018

                                        JEFFREY I. KLEIN  (JK-1083)
                                        Attorney for defendant KEITH J. STILES
                                        200 Mamaroneck Avenue, suite 403
                                        White Plains, NY  10601
                                        (914) 946-8855
                                        jiklaw@hotmail.com

TO:    ZIMMERMAN LAW, P.C.
         Attorneys for Plaintiff
         35 Walt Whitman Rd., Suite 215
         Huntington Station, NY 11746

         CHARLES BISTANY, Esq.
         Attorney for defendant Van Hasselt Auto Service, Inc.
         399 Knollwood Road, suite 213
         White Plains, NY 10603