

CHIEF CLERK'S OFFICE
WESTCHESTER SUPREME AND COUNTY COURTS
RICHARD J. DARONCO
WESTCHESTER COUNTY COURTHOUSE
111 DR. MARTIN LUTHER KING, JR. BOULEVARD
WHITE PLAINS, N.Y. 10601-2510

Keith Stiles
136 South Elmwood Road
South Salem, NY 10590

UNITED STATES POSTAGE
02 1A
0004387569          $ 00.44°
                    SEP 18 2009
MAILED FROM ZIPCODE 10601
PITNEY BOWES

106 NFE 1 909C 00 11/07/09
STILES       RETURN TO SENDER
         MOVED LEFT NO ADDRESS
              UNABLE TO FORWARD
              RETURN TO SENDER
BC: 10601251099  *0350-07645-18-39