**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MISS JONES, LLC,

                Plaintiff,

-against-                                      17 **CIVIL** 1450 (NSR)

                                                          **JUDGMENT**

KEITH STILES, MOY RLTY, LLC, VAN
HASSELT AUTO SERVICE,

                Defendants.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated May 26, 2022, Defendant's motion for summary judgment is GRANTED and Plaintiff's cross-motion for summary judgment is DENIED. It is ordered that the Westchester County Clerk is hereby directed to cancel and discharge the above-mentioned Mortgage, duly recorded on October 25, 2007 under Control Number 472920098, and the assignments thereof and mark their records accordingly. It is further ordered that Miss Jones LLC and its successors and assigns are forever barred from asserting any claim to or interest in the premises by virtue of the cancelled mortgage. Plaintiff's claims against Defendants Moy Rlty, LLC and Van Hasselt Auto Service are dismissed for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b). Judgment is entered in favor of Defendant Keith Stiles; accordingly, the case is closed.

**Dated:**  New York, New York

      May 26, 2022

                                                               **RUBY J. KRAJICK**

                                                                **Clerk of Court**
                                      **BY:**      *K. Mango*
                                                                **Deputy Clerk**