USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/5/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MISS JONES, LLC,

                          Plaintiff.

-against-

KEITH STILES; MOY RLTY, LLC; VAN HASSELT AUTO SERVICE,

                          Defendants.

7: 17-CV-1450 (NSR)
ORDER

NELSON S. ROMÁN, United States District Judge:

Upon review of parties' submissions, the Court hereby grant John W. Buckley, Esq. as Receiver of the property ("Receiver") located at 136 Elmwood Road, South Salem, New York, the following relief:

1. The Receiver's Report and Accounting is hereby APPROVED.

2. All actions taken by or on behalf of the Receiver and all payments made by the Receiver in connection with the administration of the receivership estate is hereby APPROVED.

3. All receivership expenses incurred during the term of the receivership is APPROVED. The Receiver's professional fees from December 5, 2019 through May 26, 2022, totaling $1,462.12, is hereby APPROVED and AUTHORIZED.

4. Upon the payment of the Receiver's unpaid professional fees ($357.30 as of December 23, 2022), the remaining assets of the receivership estate shall be distributed, by check, to Defendant Keith Stiles, and mailed in care of Defendant's attorney, Jeffrey I. Klein, Esq., 25 Rockledge Avenue, Suite 713, White Plains, New York 10601.

5. Upon distribution of the remaining assets of the receivership estate in accordance with this order, the Receiver shall be DISCHARGED; and further RELEASED from any and all claims and liabilities arising out of and/or pertaining to the receivership herein; and further RELIEVED of all duties and responsibilities pertaining to the receivership previously established in this action.

The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 184 and 186.

SO ORDERED.

Dated: January 5, 2023

White Plains, NY

SO ORDERED:

_____
HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE